ISCHE, Appellant, vs. ISCHE, Respondent.

For the appellant: *E. J. Herte* and *Gold & McCann,* all of Milwaukee.

For the respondent: *Bernard F. Mathiowetz* of Milwaukee.

*By the Court.*—Judgment affirmed.